[No. 15363-1-III.     Division Three.     June 5, 1997.]

DUNCAN CRANE SERVICE, INC., *Appellant*, v. DON POTTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 93-2-00090-6, John E. Bridges, J., entered November 13, 1995. *Affirmed in part and reversed in part* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 15399-1-III.     Division Three.     June 5, 1997.]

BRANDY M.R. CLARK, *Respondent*, v. LEAH ROE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Douglas County, No. 93-2-00316-9, Carol A. Wardell, J., entered December 18, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Kurtz, J.

[No. 15546-3-III.     Division Three.     June 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK L. EBY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-00970-6, Robert N. Hackett, J., entered January 26, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 15836-5-III.     Division Three.     June 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DORWIN FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 96-1-00090-0, Dennis D. Yule, J., entered May 31, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.